UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:04-CR-112(2)** |
| | § | |
| **DONALD GENE PIFER, JR.** | § | |

ORDER ADOPTING
FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of the defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Plea of True* [Doc. No. 167]. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation with an additional term of supervision to follow.

The parties have not objected to the magistrate judge's recommendation. After review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation on Plea of True* [Doc. No. 167] are **ADOPTED**. The Court finds that the defendant, Donald Gene Pifer, Jr., violated conditions of his supervised release. The Court accordingly **ORDERS** that the defendant's term of supervision is **REVOKED**. Pursuant to the magistrate judge's recommendation, the Court **ORDERS** the defendant

to serve a term of twelve (12) months imprisonment to run concurrently with the state prison term Mr. Pifer is serving at the Holiday Unit in the Texas Department of Criminal Justice (TDCJ) Institutional Division in Cause Number 996463 in the 232nd District Court of Harris County, Texas, for a parole revocation. The Court accordingly designates the facility where Mr. Pifer is serving his state sentence as a facility where he can receive federal custody credit. The Court also **ORDERS** that Mr. Pifer serve a new term of twenty-two (22) months supervised release after his prison term, subject to the same mandatory, standard and special conditions imposed in the original judgment.

**SIGNED** this the **13** day of **January, 2016.**

_____
Thad Heartfield
United States District Judge